1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Zandra_Lopez@fd.org

5 Attorneys for Mr. Lopez-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07MJ27 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOEL LOPEZ-PEREZ, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: November 26, 2007       */s/ ZANDRA L. LOPEZ*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: November 26, 2007        /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Zandra_Lopez@fd.org (email)